IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08-cr-00079-W

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | |
| ASHLEY WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court on the Government's Motion to Dismiss Bill of Indictment (Doc. No.7). Leave of Court is hereby GRANTED for the dismissal without prejudice. The Clerk is DIRECTED to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

IT IS SO ORDERED.

Signed: July 2, 2008

Frank D. Whitney
United States District Judge